(No. 45700.—

ROBERT J. LEHNHAUSEN, Director of the Department of Local Government Affairs, Appellant, v. ANTHONY DOWNS *et al.,* Appellees.

*Order entered March 21, 1975.*

William J. Scott, Attorney General, of Chicago (Robert A. Tingler, Special Assistant Attorney General, and Paul M. Sengpiehl, both of Chicago, of counsel), for appellant.

Albert J. Jenner, Jr., and Keith F. Bode, of Chicago (Jenner & Block, of counsel), for appellee Anthony Downs.

Bernard Carey, State's Attorney, of Chicago (Sheldon Gardner, Chief of Civil Division, Paul P. Biebel, Jr., and Henry A. Hauser, Assistant State's Attorneys, of counsel), for other appellees.

PER CURIAM: This case was appealed directly to this court as provided in Rule 302(a). It now appears that one of the judges of this court is disqualified and the court is unable to arrive at a decision. The appeal is therefore transferred to the Appellate Court, First District.

*Cause transferred.*